STATE v. RHODES

No. 21P00

Case below: 136 N.C.App. 791

Petition by defendant for writ of certiorari to review the decision of the North Carolina Court of Appeals denied 2 March 2000.

STATE v. ROBERTS

No. 12P00

Case below: 136 N.C.App. 690

Motion by the Attorney General to dismiss the appeal for lack of substantial constitutional question allowed 2 March 2000. Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 2 March 2000.

STATE v. SMITH

No. 9P00

Case below: 136 N.C.App. 649

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 2 March 2000.

STATE v. SNIPES

No. 6P00

Case below: 136 N.C.App. 233

Motion by Attorney General to dismiss the appeal for lack of substantial constitutional question allowed 2 March 2000. Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 2 March 2000.

STATE v. STALLINGS

No. 516P99

Case below: 135 N.C.App. 233

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 3 February 2000.